IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| JASON W. CRAWFORD and NATALIE J. CRAWFORD, | ) ) ) | Civil Action No.: 1:07-CV-00832 |
| Plaintiffs, | ) ) ) | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY** |
| v. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) | |
| Defendant. | ) | |

    Ameriquest Mortgage Company hereby submits the following corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

    Ameriquest Mortgage Company is a wholly-owned subsidiary of ACC Capital Holdings Corporation, which is a wholly-owned subsidiary of Ameriquest Capital Corporation. No publicly-held company owns more than 10% of the stock of Ameriquest Mortgage Company.

    This the 7th day of November, 2007.

                                        /s/ Michael J. Allen
                                        Michael J. Allen
                                        NC State Bar No. 18030
                                        CARRUTHERS & ROTH, P.A.
                                        P.O. Box 540
                                        Greensboro, NC 27402
                                        Telephone: (336) 379-8651
                                        Email: MJA@crlaw.com

                                        **AND**

                                        Michael L. Wachtell
                                        *Special Appearance Pending*
                                        Karen L. Stevenson
                                        *Special Appearance Pending*

BUCHALTER NEMER
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400


**ATTORNEYS FOR DEFENDANT
Ameriquest Mortgage Company**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement of Defendant Ameriquest Mortgage Company with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carlos E. Mahoney, Esq.
GLENN, MILLS & FISHER, P.A.
P.O. Drawer 3865
Durham, NC  27702-3865

This the 7th day of November, 2007.


　　　　　/s/ Michael J. Allen_____
Michael J. Allen
One of the Attorneys for Defendant
Ameriquest Mortgage Company