# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Jason W. Crawford
     v.
Ameriquest Mortgage
Company

Case Number:1:07CV00832

# N O T I C E

**Take notice** that a proceeding in this case has been set/reset as indicated below:

         **PLACE:**     U.S. Courthouse, 323 E. Chapel Hill St., Durham, NC
**COURTROOM NO.:**    Second Floor Courtroom
 **DATE AND TIME:**    DECEMBER 18,  2007 - 9:30 a.m.
    **PROCEEDING:**    Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.**  The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2).  **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.**

_____

John S. Brubaker, Clerk

By: /s/ Wanda Williamson, Deputy Clerk


Date:    November 15, 2007

TO:    ALL COUNSEL