# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Jason W. Crawford
     v.
Ameriquest Mortgage
Company

Case Number:   1:07CV00832

# NOTICE OF RESCHEDULING

**Take notice** that the above-entitled case set for an Initial Pretrial Conference on December 18, 2007 at 9:30 a.m in Durham, N.C., **has been rescheduled** to January 9, 2008 at 9:30 a.m. in Durham, N.C., Second Floor Courtroom.

---

John S. Brubaker, Clerk

By:/s/ Wanda Williamson, Deputy Clerk


Date:   November 29, 2007


TO:   ALL COUNSEL