IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| JASON W. CRAWFORD and NATALIE J. CRAWFORD, | ) ) ) | Civil Action No.: 1:07-CV-00832 |
| Plaintiffs, | ) ) | **JOINT RULE 26(F) REPORT** |
| v. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) | |
| Defendant. | ) | |

1. Pursuant to Fed.R.Civ.P. 26(f) and LR 16.1, a telephonic conference was held on November 27, 2006, and was attended by Carlos E. Mahoney, Glenn, Mills & Fisher, P.A., P.O. Drawer 3865, Durham, NC 27702-3865, for plaintiffs, and Karen L. Stevenson and Joshua Mizrahi, Buchalter Nemer, 1000 Wilshire Blvd. Suite 1500, Los Angeles, CA 90017-2457 and Michael J. Allen, Carruthers & Roth, P.A., 235 North Edgeworth Street, Greensboro, North Carolina, for defendant.

2. Discovery Plan. The parties propose to the Court the following discovery plan:

Discovery will be needed on all matters raised by the parties' pleadings.

Discovery shall be placed on a case-management track established in LR 26.1. The parties agree that the appropriate plan for this case (with any stipulated modification by the parties as set out below) is that designated in LR 26.1 as complex.

The date for the completion of all discovery is June 30, 2008.

Stipulated modifications to the case management track include: The parties' initial disclosures under Fed.R.Civ.P. 26(a)(1) shall be due thirty (30) days after the Court's entry of the Initial Pretrial Order.

Reports from retained experts under Rule 26(a)(2) are due during the discovery period:

From Plaintiffs by February 29, 2008.

From Defendant by April 15, 2008.

Supplementations under Rule 26(e) are due by May 30, 2008.

3. Mediation. Mediation should be conducted late in the discovery period, the exact date to be set by the mediator after consultation with the parties. The parties agree that they will select a mediator by March 17, 2008, and submit the name of the selected mediator to the Court by said date.

4. Preliminary Deposition Schedule. Preliminarily, the parties agree to the following schedule for depositions: The parties will take depositions by agreement and/or notice.

5. Other Items.

Plaintiffs should be allowed until February 29, 2008 to request leave to join additional parties or amend the pleadings.

Defendant should be allowed until March 30, 2008 to request leave to join additional parties or amend the pleadings.

After these dates, the Court will consider whether the granting of leave would delay trial.

The parties have discussed special procedures for managing this case, including reference of the case to a magistrate judge on consent of the parties under 28 U.S.C. § 636(c), or appointment of a master:

No agreements as to the use of a magistrate judge or a master were reached.

Trial of the action is expected to take approximately three to five days. A jury trial has been demanded.

This the 30th day of November, 2007.

   /s/ Carlos E. Mahoney_____
Carlos E. Mahoney, Esq.
NC State Bar No. 26509
GLENN, MILLS & FISHER, P.A.
P.O. Drawer 3865
Durham, NC  27702-3865
Telephone: (919) 683-2135
      **ATTORNEY FOR PLAINTIFFS**

   /s/ Michael J. Allen_____
Michael J. Allen
NC State Bar No. 18030
CARRUTHERS & ROTH, P.A.
P.O. Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Email: MJA@crlaw.com

**AND**

Michael L. Wachtell
*Special Appearance Pending*
Karen L. Stevenson
*Special Appearance Pending*

BUCHALTER NEMER
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**ATTORNEYS FOR DEFENDANT
AMERIQUEST MORTGAGE COMPANY**

3