UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, DURHAM DIVISION

| | |
|---|---|
| **JASON W. CRAWFORD** and **NATALIE J. CRAWFORD**<br><br>    Plaintiffs,<br><br>vs.<br><br>**AMERIQUEST MORTGAGE COMPANY,**<br><br>    Defendant. | Civil Action NO.: 01:07-CV-00832<br><br><br><br><br><br>**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S MOTION TO STAY ALL PROCEEDINGS** |

Defendant, Ameriquest Mortgage Company ("Defendant") hereby moves to stay the lawsuit initiated by plaintiffs Jason W. and Natalie J. Crawford ("Plaintiffs") on October 1, 2007, pending resolution of the transfer of this matter to Multidistrict Litigation No. 1715.

Defendant has identified this lawsuit to the Judicial Panel on Multidistrict Litigation (the "MDL Panel") as a "tag along" or related matter to MDL 1715. On December 17, 2007, the Clerk of the MDL Panel filed a Conditional Transfer Order providing for the conditional transfer of this action to MDL 1715. A stay, therefore, is warranted to preserve judicial resources and to avoid any prejudice to Defendant.

In support of this motion, defendant relies upon the Defendant's Brief in Support of Motion to Stay All Proceedings being filed contemporaneously herewith, the complete files and records in this action, and on any additional evidence or argument that may be presented prior to or at the hearing on this Motion.

Respectfully submitted this 21st day of December, 2007.

By: /s/ Michael J. Allen
*Attorneys for Ameriquest Mortgage Company*

Michael J. Allen
NC State Bar No. 18030
CARRUTHERS & ROTH, P.A.
P.O. Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Email:  MJA@crlaw.com

**AND**

Michael L. Wachtell
*Special Appearance Pending*
Karen L. Stevenson
*Special Appearance Pending*

BUCHALTER NEMER
1000 Wilshire Blvd. Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**ATTORNEYS FOR DEFENDANT
AMERIQUEST MORTGAGE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Defendant Ameriquest Mortgage Company's Motion to Stay All Proceedings with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carlos E. Mahoney, Esq.
GLENN, MILLS & FISHER, P.A.
P.O. Drawer 3865
Durham, NC  27702-3865

This the 21st day of December, 2007.

  /s/ Michael J. Allen
Michael J. Allen
One of the Attorneys for Defendant
Ameriquest Mortgage Company

BN 1631541v1