

**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

File Number: L7526.0683
Direct Dial Number: (213) 891-5230
Direct Facsimile Number: (213) 630-5715
E-Mail Address: *blesage@buchalter.com*

November 20, 2007

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

> **Re:** *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*
> **MDL Docket No. 1715**

Dear Clerk of the Panel:

This letter supplements Ameriquest Mortgage Company's ("Ameriquest") January 23, 2006, February 10, 2006, March 10, 2006, March 23, 2006, April 4, 2006, April 13, 2006, April 27, 2006, June 2, 2006, June 6, 2006, June 30, 2006, July 12, 2006, July 21, 2006, August 1, 2006, August 17, 2006, September 6, 2006, September 12, 2006, September 26, 2006, October 17, 2006, November 6, 2006, November 10, 2006, December 1, 2006, December 7, 2006, January 9, 2007, February 6, 2007, February 23, 2007, March 27, 2007, April 4, 2007, April 13, 2007, April 16, 2007, May 16, 2007, June 5, 2007, July 2, 2007, July 27, 2007, August 6, 2007, August 20, 2007, September 7, 2007, September 27, 2007, October 16, 2007 and October 30, 2007 letters, which identified four hundred and fifty-one (451) potential "Tag Along" actions.

By way of background, on or about December 13, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order, pursuant to which it granted the motion to transfer pursuant to 28 U.S.C. § 1407 (the "Motion") filed by plaintiffs in *Cheryl Williams and Duvall Naughton v. Ameriquest Mortgage Company*, Case No. 05-CV-6189 (S.D. N.Y.) ("*Williams*"). The Panel therefore ordered each identified action in the Motion transferred to the United States District Court for the Northern District of Illinois, The Honorable Marvin E. Aspen presiding (the "Transferee Court"), for pretrial proceedings.

Ameriquest opposed the Motion, and by this letter, reconfirms that it does not waive, but rather expressly preserves (for all purposes, including any appeals), all arguments raised in opposition to the Motion and all objections to the Transfer Order. These arguments and objections include, without limitation, those based on Federal and State Constitutional grounds, including but not limited to Due Process and Equal Protection under the law.

Nevertheless, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on

# Buchalter Nemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 20, 2007
Page 2


Multidistrict Litigation (the "Rules") Ameriquest is compelled to identify the following actions as potential "Tag Along" actions as such actions are defined by the Rules.

Also pursuant to the Rules, a copy of the potential "Tag Along" complaints are enclosed herewith in a folder labeled with the corresponding case name and action number for your convenience.

| DISTRICT DIV./CIVIL ACTION NO. | CASE NAME |
|---|---|
| **ALABAMA** | |
| United States District Court for the Southern District of Alabama, Case No. 07-CV-00777 | *Gray, et al. v. Ameriquest Mortgage Co., et al.* |
| United States District Court for the Southern District of Alabama, Case No. 07-CV-00748 | *Rackley, et al. v. Ameriquest Mortgage Co.* |
| United States Bankruptcy Court for the Southern District of Alabama, Case No. 07-ap-01074 | *Reusser v. Ameriquest Mortgage Co.* |
| United States District Court for the Southern District of Alabama, Case No. 07-CV-00753 | *Williams v. Ameriquest Mortgage Co.* |
| **CALIFORNIA** | |
| United States District Court for the Southern District of California, Case No. 07-CV-02195 | *Bello v. Ameriquest Mortgage Co., et al* |
| **ILLINOIS** | |
| United States District Court for the Northern District of Illinois, Case No. 07-CV-06191 | *Elliot-Labin, et al. v. Ameriquest Mortgage Co., et al.* |
| **KENTUCKY** | |
| United States District Court for the Eastern District of Kentucky, Case No. 07-CV-00368 | *Harrell, et al. v. Ameriquest Mortgage Co.* |
| **MICHIGAN** | |
| United States District Court for the Western District of Michigan, Case No. 07-CV-01103 | *Chesebro, et al. v. Ameriquest Mortgage Co., et al.* |
| United States District Court for the Eastern District of Michigan, Case No. 07-CV-14498 | *Moore v. Ameriquest Mortgage Co., et al.* |
| **NORTH CAROLINA** | |

BN 1462251v1

# Buchalter Nemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 20, 2007
Page 3

| DISTRICT DIV./CIVIL ACTION NO. | CASE NAME |
|---|---|
| United States District Court for the Middle District of North Carolina, Case No. 07-CV-00788 | *Brown, et al. v. Ameriquest Mortgage Co., et al.* |
| United States District Court for the Middle District of North Carolina, Case No. 07-CV-00832 | *Crawford, et al. v. Ameriquest Mortgage Co.* |
| **RHODE ISLAND** | |
| United States District Court for the District of Rhode Island, Case No. 07-CV-00383 | *Ray, et al. v. Ameriquest Mortgage Co.* |

Ameriquest is continuing to locate additional potential "Tag Along" actions and anticipates a further supplemental designation. As always, please feel free to contact me with any questions.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By _____
Bernard LeSage

Buchalter Nemer

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
November 20, 2007
Page 4


bcc:    Adam Bass, Esq. (w/o encl.)
        Diane Tiberend, Esq. (w/encl.)
        Robert Forester, Esq. (w/o encl.)
        Sonya Brown, Esq. (w/o encl.)
        Michael B. Fisher (w/o encl.)
        Melody Petrossian, Esq. (w/o encl.)
        Cheryl Lott, Esq. (w/o encl.)

BN 1462251v1