# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, ClerkJanuary 23, 2008TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

United States District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

Dear Clerk:

Re: MDL 1715
In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

NCMD: 1:07CV832 Jason W. Crawford et al. vs. Ameriquest Mortgage Co. et al.
NDIL:1:08CV176 - Northern District of Illinois

NCMD: 1:07CV788 Todd Brown et al. vs. Ameriquest Mortgage Co. et al.
NDIL:1:08CV175 - Northern District of Illinois

Pursuant to a certified copy of Conditional Transfer Order of the Judicial Panel on Mulitidistrict Litigation filed in this office on January 11, 2008, we are transferring the above-entitled actions to your court.

By copies of this letter to counsel, we are notifying them of the transfer and the requirement that all future pleadings are to be filed with the United States District Court for the Eastern District of Pennsylvania.

Sincerely,

JOHN S. BRUBAKER, CLERK

By:/s/ Kelly H. Welch
Deputy Clerk

Enclosures

cc:Mr. Michael J. Beck, Clerk
All Counsel of Record