18RA, CLOSED, MEDIATION, SO30

# U.S. District Court
## North Carolina Middle District (Durham)
## CIVIL DOCKET FOR CASE #: 1:07–cv–00832–UA–WWD

| | |
|---|---|
| CRAWFORD et al v. AMERIQUEST MORTGAGE COMPANY | Date Filed: 11/01/2007 |
| Assigned to: UNASSIGNED | Date Terminated: 01/11/2008 |
| Referred to: MAG/JUDGE WALLACE W. DIXON | Jury Demand: Plaintiff |
| Demand: $170,000 | Nature of Suit: 370 Fraud or Truth–In–Lending |
| Case in other court:    Orange County Superior Court, 07CVS1435 | Jurisdiction: Diversity |
| Cause: Diversity | |

**Plaintiff**

**JASON W CRAWFORD**  represented by  **CARLOS E. MAHONEY**
GLENN MILLS AND FISHER, P.A.
POD 3865
DURHAM, NC 27702
919–683–2135
Fax: 919–688–9339
Email: cmahoney@gmf–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATALIE J CRAWFORD**  represented by  **CARLOS E. MAHONEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERIQUEST MORTGAGE COMPANY**  represented by  **MICHAEL JOHN ALLEN**
CARRUTHERS &ROTH, P.A.
POB 540
GREENSBORO, NC 27402
336–379–8651
Fax: 336–478–1175
Email: mja@crlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | "1 | PETITION FOR REMOVAL from General Court of Justice, Superior Court Division, Orange County, North Carolina, case number 07 CvS 1435. Filing fee $ 350 receipt number 0418000000000378681, filed by AMERIQUEST MORTGAGE COMPANY. (Attachments: # 1 Exhibit A)(ALLEN, MICHAEL) (Entered: 11/01/2007) |

| | | |
|---|---|---|
| 11/01/2007 | " 2 | COMPLAINT against AMERIQUEST MORTGAGE COMPANY, filed by JASON W CRAWFORD, NATALIE J CRAWFORD. (State court document filed in Orange County Superior Court, listed as Exhibit A in the Petition for Removal)(McClain, Abby) (Entered: 11/01/2007) |
| 11/01/2007 | " 3 | Summons Issued as to AMERIQUEST MORTGAGE COMPANY. (State court document filed in Orange County Superior Court, summons issued 10/01/2007, listed as Exhibit A in the Petition for Removal) (McClain, Abby) (Entered: 11/01/2007) |
| 11/01/2007 | " 4 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 11/01/2007) |
| 11/01/2007 | " | CASE REFERRED to Mediation pursuant to Local Rule 83.9b of the Rules of Practice and Procedure of this Court. Please go to our website form directory for a list of mediators which must be served on all parties. (McClain, Abby) (Entered: 11/01/2007) |
| 11/01/2007 | " | CASE REFERRED to Standing Order 30 (McClain, Abby) (Entered: 11/02/2007) |
| 11/02/2007 | " | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT(S) CIVIL COVER SHEET needs to be filed by Defendant's Attorney. (McClain, Abby) (Entered: 11/02/2007) |
| 11/02/2007 | " 5 | CIVIL COVER SHEET, filed by AMERIQUEST MORTGAGE COMPANY.(ALLEN, MICHAEL) (Entered: 11/02/2007) |
| 11/07/2007 | " 6 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1(a) by Defendant AMERIQUEST MORTGAGE COMPANY (ALLEN, MICHAEL) (Entered: 11/07/2007) |
| 11/08/2007 | " 7 | ANSWER to 2 Complaint by AMERIQUEST MORTGAGE COMPANY. (ALLEN, MICHAEL) (Entered: 11/08/2007) |
| 11/15/2007 | " 8 | NOTICE of Initial Pretrial Conference Hearing: Initial Pretrial Conference Hearing set for 12/18/2007 09:30 AM in Durham Courtroom #1 before MAG/JUDGE WALLACE W. DIXON. (Williamson, Wanda) (Entered: 11/15/2007) |
| 11/29/2007 | " 9 | NOTICE of Rescheduling: Initial Pretrial Conference reset for 1/9/2008 09:30 AM in Durham Courtroom #1 before MAG/JUDGE WALLACE W. DIXON. (Williamson, Wanda) (Entered: 11/29/2007) |
| 11/30/2007 | " 10 | Rule 26(f) Report (Joint) filed by all parties by AMERIQUEST MORTGAGE COMPANY.(ALLEN, MICHAEL) (Entered: 11/30/2007) |
| 12/03/2007 | " | ***Motions Referred: 10 Rule 26(f) Report (Joint) filed by all parties to MAG/JUDGE WALLACE W. DIXON– (Williamson, Wanda) (Entered: 12/03/2007) |
| 12/03/2007 | " | ORDER approving 10 RULE 26F REPORT (JOINT). Signed by MAG/JUDGE WALLACE W. DIXON on 12/3/2007. All discovery shall be completed by June 30, 2008. Plaintiffs should be allowed until February 29, 2008 to request leave to join additional parties or amend the pleadings. Defendant should be allowed until March 30, 2008 to request leave to join additional parties or amend the pleadings. Trial of this case is expected to take approximately 3 to 5 days. A jury trial has been demanded. (DIXON, WALLACE) Modified on 12/4/2007 to supplement text (Law, Trina). (Entered: 12/03/2007) |
| 12/04/2007 | " | Set Scheduling Order Deadlines: Amended Pleadings by Plaintiffs due by 2/29/2008. Joinder of Parties by Plaintiffs due by 2/29/2008. Amended Pleadings by Defendant due by 03/30/08. Joinder of Parties by Defendant due by 03/30/08. Discovery due by |

| | | |
|---|---|---|
| | | 6/30/2008. (Law, Trina) (Entered: 12/04/2007) |
| 12/11/2007 | " | MEDIATION SCHEDULING ORDER; Selection of Mediator due by 3/17/2008. Mediation due by 6/30/2008. (Gammon, Cheryl) (Entered: 12/11/2007) |
| 12/21/2007 | " 11 | MOTION to Stay *Proceedings* by AMERIQUEST MORTGAGE COMPANY. Responses due by 1/13/2008 (ALLEN, MICHAEL) (Entered: 12/21/2007) |
| 12/21/2007 | " 12 | BRIEF re 11 MOTION to Stay *Proceedings*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ALLEN, MICHAEL) (Entered: 12/21/2007) |
| 01/11/2008 | " 13 | CONDITIONAL TRANSFER ORDER (CTO–34) Re: MDL 1715 transferring this action to the Northern District of Illinois for the reasons stated in the order of December 13, 2005. (Attachments: # 1 NDIL Transfer Letter).(Welch, Kelly) (Entered: 01/23/2008) |
| 01/11/2008 | " 14 | MDL TRANSFER LETTER to individual courts and counsel of record Re: Conditional Transfer Order transferring this action to the Northern District of Illinois. (Welch, Kelly) (Entered: 01/23/2008) |