**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. ) <br> MORTGAGE LENDING PRACTICES ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> JASON W. CRAWFORD and ) <br> NATALIE J. CRAWFORD, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     vs. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> ) <br>     Defendant. ) | MDL No. 1715 <br> Lead Case No. 05-CV-7097 <br><br> **Centralized before the <br> Honorable Marvin E. Aspen** <br><br> Case No. 1:08-CV-176 |

## PLAINTIFFS' NOTICE OF OPT-OUT

NOW COME Plaintiffs Jason W. and Natalie J. Crawford, by and through their undersigned counsel of record, and hereby give notice of the following:

1. On January 28, 2008, Plaintiffs' civil action was transferred from the Middle District of North Carolina to the Northern District of Illinois as a tag-along action to the Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

2. In their lawsuit, Plaintiffs have asserted causes of action against Ameriquest arising under North Carolina state law.

3. Plaintiffs have not asserted any claims that could be properly adjudicated in a class action.

4. Plaintiffs therefore opt-out of all class action lawsuits that are pending in MDL No. 1715.

This the 3rd day of March, 2008.

                /s/ Carlos E. Mahoney
                Carlos E. Mahoney
                Counsel for Plaintiffs
                Glenn, Mills, Fisher & Mahoney, P.A.
                P. O. Drawer 3865
                Durham, North Carolina 27702-3865
                Telephone: (919) 683-2135
                Fax: (919) 688-9339
                cmahoney@gmf-law.com
                N.C. State Bar No. 26509

**CERTIFICATE OF SERVICE**

I, Carlos E. Mahoney, hereby certify that on March 3, 2008, I electronically filed the foregoing document entitled, **Plaintiffs' Notice of Opt-Out,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all CM/ECF participants and I hereby certify that I will mail the document to the following non-CM/ECF participants on March 4, 2008.

    Karen L. Stevenson
    BuchalterNemer
    1000 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90017-2457
    Counsel for Ameriquest

    Michael J. Allen
    Carruthers & Roth, P.A.
    P.O. Box 540
    Greensboro, NC 27402
    Counsel for Ameriquest

    Respectfully submitted,

    /s/ Carlos E. Mahoney
    Carlos E. Mahoney
    Counsel for Plaintiffs
    Glenn, Mills, Fisher & Mahoney, P.A.
    P. O. Drawer 3865
    Durham, North Carolina 27702-3865
    Telephone: (919) 683-2135
    Fax: (919) 688-9339
    cmahoney@gmf-law.com
    N.C. State Bar No. 26509