## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv176        Assigned/Issued By: j. n.

Judge Name: _____        Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☐ Citation to Discover Assets           *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
     *(Type of Writ)*                   _____
                                        _____
                                        *(Type of issuance)*

2  Original and  0  copies on  4/25/08  as to  MORTGAGE INFORMATION
                               *(Date)*
SERVICES, INC.; WM SPECIALTY MORTGAGE LLC
_____