AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

In re: Ameriquest Mortgage Co.
Mortgage Lending Practices Litigation
Jason W. Crawford and Natalie J. Crawford

V.

Ameriquest Mortgage Company, Mortgage Information Services, Inc., and WM Specialty Mortgage LLC

CASE NUMBER: 08-CV-176

ASSIGNED JUDGE: Marvin E. Aspen

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

WM Specialty Mortgage LLC
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 25, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 29, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Carlos E. Mahoney | TITLE Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by certified mail, return receipt requested, on Defendant in care of its Registered Agent. The original mailing receipt and return receipt are attached. The Defendant was served on May 2, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.11 (postage) | TOTAL $6.11 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 8, 2008
Date

*Signature of Server*

P.O. Drawer 3865, Durham, NC 27702
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Postmark Here: 4-29-08

Sent To: WM Specialty Mortgage LLC
Street, Apt. No.; or PO Box No.: ℅ Corporation Service Company, Registered Agent
City, State, ZIP+4: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

7005 1160 0003 7777 3653

PS Form 3800, June

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    WM Specialty Mortgage LLC
    ℅ Corporation Service Company
    Registered Agent
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Laura Cooper*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: WILMINGTON DE MAY 02 2008]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0003 7777 3653

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540