IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-CV-7097 |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Centralized before the Honorable Marvin E. Aspen<br><br>Case No. 1:08-CV-176 |

## NOTICE OF MOTION

To:   See attached

Please take notice that on the 27th day of May, 2008, at 10:30 a.m., I shall appear before the Honorable Judge Marvin E. Aspen and present the attached Mortgage Information Services' Agreed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint in the courtroom usually occupied by him in the Dirksen Federal Building, a copy of which is attached hereto and hereby served upon you.

Dated: May 15, 2008                    Respectfully submitted,

                                       _____
                                       Timothy D. Elliott (ARDC 6237023)
                                       Emily L. Alb (ARDC 6288926)
                                       RATHJE & WOODWARD, LLC
                                       300 East Roosevelt Rd., Suite 300
                                       Wheaton, IL 60187
                                       Telephone: (630) 668-8500

## CERTIFICATE OF SERVICE

I, Timothy D. Elliott, an attorney, certify that I served a true and correct copy of *Mortgage Information Services' Agreed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint* on May 15, 2008, via electronic transmission, upon:

Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Drawer 3865
Durham, NC 27702-3865

_____
Timothy D. Elliott