IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1715<br>Lead Case No. 05-CV-7097 |
| JASON W. CRAWFORD and NATALIE J. CRAWFORD,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, MORTGAGE INFORMATION SERVICES, INC., and WM SPECIALTY MORTGAGE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Centralized before the Honorable Marvin E. Aspen<br><br>Case No. 1:08-CV-176 |

**MORTGAGE INFORMATION SERVICES' AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Mortgage Information Services, Inc. ("MIS"), respectfully moves the Court for an extension of time to file a responsive pleading to Plaintiffs' Amended Complaint. In support of its motion, MIS states as follows:

1. Plaintiffs' Amended Complaint was filed on or about April 25, 2008, and MIS was served thereafter.

2. MIS's responsive pleading is due on or about May 21, 2008, and said time has not expired.

3.  MIS reasonably requires additional time to confer with counsel, investigate the claim, and prepare a responsive pleading.

4.  This Motion is made in good faith and not for the purpose of delay and will not prejudice any other party to this action.

5.  Counsel for MIS has discussed this matter with counsel for the Plaintiff and Plaintiff's Counsel has no objections to the extension of time.

WHEREFORE, MIS respectfully moves the Court for an Order granting it an extension of time, up to and including June 20, 2008, within which to answer or otherwise respond to Plaintiffs' Amended Complaint.

Dated: May 15, 2008                    Respectfully submitted,

_____
Timothy D. Elliott (ARDC 6237023)
Emily L. Alb (ARDC 6288926)
RATHJE & WOODWARD, LLC
300 East Roosevelt Rd., Suite 300
Wheaton, IL 60187
Telephone: (630) 668-8500
Facsimile: (630) 668-7350

Attorneys for Mortgage Information Services, Inc.