## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jason W Crawford, et al.

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00176
                                            Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen dated 5/21/08:Defendant
Mortgage Information Services' agreed Motion for extension of time (23) to to respond to
plaintiffs' amended complaint, up to and including 6/20/08, is granted. Motion terminated.
The motion hearing set for 5/27/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.