# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 00176

Jason Crawford and Natalie Crawford
v.
Ameriquest Mortgage Co., Mortgage Information Services, Inc
and WM Specialty Mortgage, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Mortgage Information Systems, Inc.

| |
|---|
| NAME (Type or print)<br>Timothy D. Elliott |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy D. Elliott |
| FIRM<br>Rathje & Woodward, LLC |
| STREET ADDRESS<br>300 W. Roosevelt Road, Suite 300 |
| CITY/STATE/ZIP<br>Wheaton, Illinois 60187 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)       TELEPHONE NUMBER<br>ARDC No. 6237023                              630-668-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |